IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Bonifacio Granados,

    Plaintiff,

v.                                                                         11-CV-770 WPJ/CG

Lasco Construction Co.,

    Defendant.

## ORDER GRANTING EXTENSION OF TIME

**THIS MATTER** comes before the Court on Defendant *Lasco Construction, Inc.'s Unopposed Motion for an Extension of Time to Answer Plaintiff's First Amended Complaint or Otherwise Plead.* (Doc. 6). Defendant requests that the deadline to respond to Plaintiff's fist amended complaint be extended to November 18, 2011. The Court, having considered the motion, noting that it is unopposed, and otherwise being fully advised in the premises, **FINDS** that the motion is well-taken.

**IT IS THEREFORE ORDERED** that Defendant *Lasco Construction, Inc.'s Unopposed Motion for an Extension of Time to Answer Plaintiff's First Amended Complaint or Otherwise Plead*, (Doc. 6), be **GRANTED**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE